**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane**

Civil Action No. 11-cv-002167-JLK

EUGENE BERZANSKY,

       Plaintiff,

  v.

OPPENHEIMERFUNDS, INC.,
a Colorado Corporation,
OPPENHEIMERFUNDS DISTRIBUTOR, INC.,
a New York Corporation, and
ANGELO MANIOUDAKIS,

       Defendants.

## ORDER GRANTING UNOPPOSED MOTION STAY

This above-entitled matter comes before the Court on the Defendants' Unopposed Motion For Stay (doc. #7), filed February 14, 2012. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby **GRANTS** the Motion. This matter is stayed through and including Friday April 13, 2012. If the Parties have not filed a dismissal by that date, the Parties shall submit a Joint Status Report on April 13, 2012.

DONE this 15th day of February, 2012.

                      BY THE COURT:

                      *s/John L. Kane*
                      Judge John L. Kane
                      United States District Judge